### BUTLER v. UNITED STATES et al.

(Circuit Court of Appeals, Eighth Circuit. November 21, 1919.)

No. 5320.

APPEAL AND ERROR ⟪⟫1061(2)—DISMISSAL OF INTERVENING PETITION NOT ERROR WHERE ACTION IS DISMISSED ON MERITS.

Dismissal of an intervening petition *held* not error, where the action was subsequently and rightly dismissed on the merits.

Appeal from the District Court of the United States for the District of Nebraska; J. W. Woodrough, Judge.

Suit in equity by Claude Hallowell against the United States; Thomas Butler, Intervener. Intervener appeals from an order dismissing his petition. Affirmed.

Thomas L. Sloan, of Walthill, Neb., and Clinton Brome, of Omaha, Neb., for appellant.

T. S. Allen, U. S. Atty., of Lincoln, Neb., and O. C. Anderson, Attorney for Omaha Tribe of Indians, of West Point, Neb., for the United States.

John Lee Webster, of Omaha, Neb. (Waldo C. Whitcomb, of Winnebago, Neb., on the brief), for appellee Hallowell.

Before CARLAND and STONE, Circuit Judges, and ELLIOTT, District Judge.

⟪⟫For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

CARLAND, Circuit Judge. In this case appellant by leave of court filed an intervening petition in the case of Claude Hallowell, a Minor, by Alfred Hallowell, His Father and Next Friend, v. United States, pending in the United States District Court, District of Nebraska. The District Court, on hearing the Hallowell Case, dismissed the same upon the merits, and also the intervening petition. As the disposal by the trial court of the Hallowell Case was in accordance with our decision this date rendered in the case of Chase v. United States, 261 Fed. 833, —— C. C. A. ——, there was no error committed by the court below in dismissing the intervening petition of Butler.

Decree affirmed.